1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10
11  BELLFLOWER UNIFIED SCHOOL         ) Case No. CV 20-2372-DMG (KSx)
12  DISTRICT,                         )
13                    Plaintiff,      ) **JUDGMENT**
14          v.                        )
15                                    )
16  CHRISTINA JIMENEZ; and ELIAS      )
    JIMENEZ,                          )
17                                    )
            Defendants/Counterclaimants.
18
19
20
21
22
23
24
25
26
27
28

This Court having AFFIRMED in part and REVERSED in part the holdings by the Office of Administrative Hearings's Administrative Law Judge issued on January 31, 2020, and AFFIRMED the Administrative Law Judge's ordered remedies, by Order dated February 17, 2021 [Docket # 49], and granted in part Defendants/Counterclaimants Christina and Elias Jimenez's Motion for Attorneys' Fees by Order dated July 27, 2021 [Docket # 61],

IT IS ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants/Counterclaimants Christina and Elias Jimenez and against Plaintiff Bellflower Unified School District. Plaintiff shall pay Defendants/Counterclaimants $128,858.00 in attorneys' fees, in addition to the tuition and mileage reimbursements for Student's attendance at Fusion Academy from August 27, 2019 through the end of the 2019-2020 school year.

DATED: August 24, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE